# AFFIDAVIT OF MISSING ASSIGNMENT

The undersigned __Holli Ogle, Asst. Secretary__, being duly sworn deposes and states as follows:
1. That I am a __Assistant Secretary__ of NATIONSTAR MORTGAGE LLC having its principal place of business at C/O NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD. COPPELL, TX 75019 , an officer duly authorized to make this affidavit.
2. That I have personal knowledge of the facts set forth in this Affidavit.
3. That NATIONSTAR MORTGAGE LLC ("Current Mortgagee") is the Mortgagee of a certain Mortgage (the "Mortgage") dated 08/29/2006 made by JOEL S MICHAUD AND LORI A MICHAUD as Mortgagor(s) to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS as Original Mortgagee, which Mortgage was recorded on 08/30/2006 in the office of the Recorder, Registrar or Clerk of AROOSTOOK SOUTH County, in the State of ME, in Book 4332 and Page 101.
4. That the Current Mortgagee owns and holds said Mortgage as a result of sale and assignment thereof to the Current Mortgagee from a previous Mortgagee. The Current Mortgagee duly and properly acquired the Mortgage and has in its possession the Mortgage loan documentation pertaining to same.
5. That I have examined an abstract of the public records of said County, and all known collateral documents in possession of the Current Mortgagee, and there appears to be a gap in the chain of assignments of said Mortgage from the Original Mortgagee to the Current Mortgagee. There is at least one assignment between MTGLQ INVESTORS, L.P., and FEDERAL NATIONAL MORTGAGE ASSOCIATION and perhaps others within this gap that do not appear of public record.
6. That I have concluded that such missing assignment(s) either were never completed or, if completed, were lost, misplaced or destroyed before the same could be placed of record.
7. That, after a diligent good faith attempt, I have concluded such assignment(s) cannot now be obtained. If a copy of one or more incomplete or otherwise unrecordable intervening assignment(s) are available, they are attached to this affidavit.
8. That the Current Mortgagee has not further assigned or transferred said Mortgage to any other party.
9. That this affidavit is made to induce the Recorder, Registrar or Clerk of said County to accept for recording this instrument, executed and acknowledged by the Current Mortgagee, in place of said lost, misplaced or destroyed assignment(s).
10. The Current Mortgagee agrees to indemnify and hold harmless the Recorder, Registrar or Clerk of said County from and against any cost or claims that may arise by reason of the acceptance and recording of this affidavit.

Dated on __APR 2 0 2020__ (MM/DD/YYYY)
NATIONSTAR MORTGAGE LLC

_____
Holli Ogle
Assistant Secretary

STATE OF __Texas__ COUNTY OF __Dallas__
Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization on __APR 2 0 2020__ (MM/DD/YYYY), by __Holli Ogle__ as __Assistant Secretary__ for NATIONSTAR MORTGAGE LLC. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_____
Daniela Horvath
Notary Public - STATE OF __Texas__
Commission expires: __JAN 27 2024__

DANIELA HORVATH
Notary Public, State of Texas
Comm. Expires 01-27-2024
Notary ID 128862890

Document Prepared By: Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154
When Recorded Return To: Nationstar Mortgage LLC, 2100 Alt. 19 North, Palm Harbor, FL 34683
NSDAV 410113658 MRCMEMERS T222004-07:43:24 [C-1] LAAMEX1

Received
AROOSTOOK SS
MELISSA L. RICHARDSON, REGISTRAR



EXHIBIT K