# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>         Plaintiff,<br><br>v.<br><br>JOEL S. MICHAUD and<br>LORI A. MICHAUD,<br><br>         Defendants. | Docket No. 1:21-cv-00069-NT<br><br>RE:  VACANT PROPERTY<br>      58 Blake Street,<br>      Presque Isle, ME 04769<br><br>Mortgage: August 29, 2006<br>Aroostook County – Southern Registry<br>of Deeds, Book 4332, Page 101 |

## JUDGMENT OF FORECLOSURE AND SALE

**Title to Real Estate Involved**
Address: 58 Blake Street, Presque Isle, ME 04769
Mortgage: Book 4332, Page 101 in Aroostook County Southern Registry of Deeds

This matter came before the Court on the defaults entered on April 26, 2021 against the named Defendants, Joel S. Michaud and Lori A. Michaud (ECF No. 8), and the Plaintiff's Motion for Default Judgment of Foreclosure and Sale (ECF No. 18), which was filed pursuant to Fed. R. Civ. P. 55(b), my Foreclosure Procedural Order Authorizing Plaintiff to Seek a Default Judgment on Documentary Evidence (ECF No. 10), and the Court's General Orders that were issued as part of the Court's Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine.

The Plaintiff, Federal National Mortgage Association ("**Fannie Mae**"), is represented by Reneau J. Longoria, Esq. Neither of the Defendants has appeared or opposed the Plaintiff's Motion for Default Judgment of Foreclosure and Sale. In a separate Order, which is hereby incorporated by reference, I made findings of fact

and conclusions of law and granted the motion for default judgment. Order on Pl.'s Mot. for Default Judgment (ECF No. 22).

All persons interested having been duly notified in accordance with the law, and after consideration of the evidence, **JUDGMENT** on Count I (Foreclosure and Sale) is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Fannie Mae the amount adjudged due and owing as of June 15, 2021, $92,154.49, within ninety days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Fannie Mae shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket. Attorneys' fees and deficiency are waived. The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Principal Balance | $51,072.67 |
| Interest | 52,294.32 |
| Escrow Advance | 2,274.41 |
| Corporate Advance Balance | 1,346.00 |
| Forbearance | -46.87 |
| Hazard Suspense/Hazard Loss | -14,786.04 |
| Grand Total | $92,154.49 |

2. If the Defendants or their heirs or assigns do not pay Fannie Mae the amount adjudged due and owing ($92,154.49) within ninety days of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the property located at 58 Blake Street, Presque Isle, Maine 04769 ("**Blake Street property**") shall terminate, and Fannie Mae shall conduct a public sale of the Blake Street property in accordance with 14 M.R.S. § 6323,

disbursing the proceeds first to itself in the amount of $92,154.49 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. § 6324. Fannie Mae may not seek a deficiency judgment against the Defendants.

3. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $92,154.49 as of June 15, 2021.

5. Fannie Mae has first priority in the amount of $92,154.49, pursuant to the subject Note and Mortgage, and there are no parties-in-interest other than the Defendants, who have second priority.

6. The prejudgment and post-judgment interest rate is 8.625%. *See* 14 M.R.S. §§ 1602-B(2), 1602-C(1)(A).

7. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association 5600 Granite Parkway Plano, TX 75024 | Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANTS | Joel S. Michaud 69 Lombard Street Presque Isle, ME 04769 | |

        Lori A. Michaud
        69 Lombard Street
        Presque Isle, ME 04769

a. The docket number of this case is 1:21-cv-00069-NT.

b. All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c. A description of the real estate involved, 58 Blake Street, Presque Isle, Maine 04769 is set forth in Exhibit A to the Judgment herein.

d. The street address of the real estate involved is 58 Blake Street, Presque Isle, Maine 04769. The Mortgage was executed by the Defendants, Joel S. Michaud and Lori A. Michaud, on August 29, 2006. The book and page number of the Mortgage in the Aroostook County Southern Registry of Deeds is Book 4332, Page 101.

e. This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 58 Blake Street, Presque Isle, Maine 04769.

SO ORDERED.

                                              /s/ Nancy Torresen
                                              United States District Judge

Dated this 16th day of February, 2022.